# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE CASE NO. 20-MJ-34-UNA-2 |
| -vs- | |
| | AUSA: Paul L. Pugliese |
| KENYATTA HUGGINS | |

| | | | |
|---|---|---|---|
| **JUDGE:** | Erin Wilder-Doomes | **DATE:** | June 15, 2020 |
| **DEPUTY CLERK:** | Brandy Lemelle Route | **TAPE/REPORTER:** | |
| **INTERPRETER:** | | **PRETRIAL/PROBATION:** | Alexis Bates |

## CLERK'S MINUTES

### DETENTION HEARING

Kathryn Jakuback Burke and Jacob G. Longman made an appearance on behalf of the defendant.

The court explained that the hearing was initiated by videoconference pursuant to the Coronavirus Aid, Relief, and Economic Security (CARES) Act and the General Orders of the Court due to the coronavirus pandemic. Upon questioning by the court, Defendant advised that she had consulted with counsel prior to the hearing and orally consented to conduct the preliminary hearing by videoconference.

Defendant was reminded of her rights and the purpose of this hearing.

The government made an ORAL MOTION to withdraw the motion for detention if defendant would agree to additional conditions of release. The additional conditions were discussed and defendant agreed. The court GRANTED the government's ORAL MOTION to withdraw the motion for detention. The court ordered the defendant RELEASED with conditions pending trial of this matter.

CR13T0:50

      **Defendant was advised of the conditions of release and the consequences associated with a violation of the release conditions, which she stated she understood.**

      **A preliminary hearing is set for July 2, 2020 at 11:30 a.m. before Magistrate Judge Richard L. Bourgeois, Jr. in courtroom 6.**

      Signed in Baton Rouge, Louisiana, on June 15, 2020.

*[signature: Erin Wilder-Doomes]*

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**